**Eugene D. CARPER, Plaintiff–Appellant,**

v.

**WASHINGTON STATE DEPARTMENT OF CORRECTIONS; et al., Defendants–Appellees.**

No. 08–35514.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 20, 2009.*

Filed Jan. 28, 2009.

Eugene D. Carper, Monroe, WA, pro se.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Amanda M. Migchelbrink, Esquire, AGWA–Office of the Washington Attorney General, Olympia, WA, Randall Joseph Watts, Office of the Prosecutor, Bellingham, WA, for Defendants–Appellees.

Before: O'SCANNLAIN, SILVERMAN and BYBEE, Circuit Judges.

MEMORANDUM **

A review of the record and the response to the order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.